UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARCIE JOHNSON**

**VERSUS**                                                                                              **NO. 22-161-JWD-SDJ**

**DOLLAR GENERAL CORPORATION, et al.**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 9, 2023 (Doc. 11), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 5) is GRANTED and the matter shall be remanded to the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana.

Signed in Baton Rouge, Louisiana, on March 24, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**